IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00831-BNB

DARRYL MARTIN,

    Plaintiff,

v.

HEAD PERSON INDIVIDUAL STATE OFFICER OR COLORADO STATE
    LEGISLATURE OR OFFICERS CHARGED WITH THE DUTY OF
    AUTHORIZING ENACTING COLORADO REVISED STATUTE TITLE SIXTEEN
    ARTICLE ELEVEN POINT SEVEN SECTION ONE HUNDRED TWO (2)
    SUBSECTION ROMAN NUMERAL TWO AGAINST PLAINTIFF, and
THOSE STATE OFFICERS CHARGED WITH ENFORCEMENT ON PLAINTIFF OF
    THE ABOVE MENTIONED STATUTE ENACTED JUNE SECOND 1995
    AMENDED 2000,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 7 2007

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

---

    Plaintiff, Darryl Martin, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Crowley County Correctional Facility in Olney Springs, Colorado. Mr. Martin initiated this action by filing a *pro se* Prisoner Complaint alleging that his constitutional rights have been violated. On May 17, 2007, the Court entered an order directing Mr. Martin to amend the Complaint and name a proper party to the action. On June 4, 2007, Plaintiff filed an Amended Complaint.

    The Court must construe the Amended Complaint liberally because Plaintiff is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr.

Martin will be ordered to file a Second Amended Complaint and name a proper party to the action.

In the Amended Complaint, Plaintiff again names the Colorado State Legislature. Mr. Martin was informed by the Court in the May 17, 2007, Order that he may not sue the Colorado State Legislature. State legislatures are presumed to have acted within their constitutional power despite the fact that, in practice, their laws result in some inequality. *McGowan v. State of Md.*, 366 U.S. 420 (1961).

Furthermore, as opposed to naming a specific person responsible for the enforcement of the legislation he is challenging in the Amended Complaint, Plaintiff simply refers to "State Officers Charged with Enforcement . . . ." The Court is not responsible for determining who Plaintiff seeks to name as a defendant in the instant action. Therefore, the Court again will direct Plaintiff to amend the Complaint and name the state employee who is responsible for classifying him as a sex offender under the legislation that he is challenging. Accordingly, it is

ORDERED that Mr. Martin file **within thirty days from the date of this Order** a Second Amended Complaint which is in keeping with the instant Order and names the proper party to the action. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Martin, together with a copy of this Order, two copies of a Court-approved Prisoner Complaint form to be used in submitting the Second Amended Complaint. It is

FURTHER ORDERED that if Mr. Martin fails within the time allowed to file an original and sufficient copies of a Second Amended Complaint that complies with this Order, to the Court's satisfaction, the action will be dismissed without further notice.

DATED June 7, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00831-BNB

Darryl Martin
Prisoner No. 61336
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

  I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** the above-named individuals on 6/7/07

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk