IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 21 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00831-BNB

DARRYL MARTIN,

    Plaintiff,

v.

CHIEF OF CLASSIFICATION COMMITTEE OF COLORADO DEPARTMENT OF CORRECTIONS MENTAL HEALTH BOARD, Acting in his Individual Capacity June Eleventh 2007 (Two Thousand Seven),

    Defendants.

## ORDER DIRECTING PLAINTIFF TO FILE THIRD AMENDED COMPLAINT

Plaintiff, Darryl Martin, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Crowley County Correctional Facility in Olney Springs, Colorado. Mr. Martin initiated this action by filing a *pro se* Prisoner Complaint alleging that his constitutional rights have been violated. On May 17, 2007, Plaintiff was instructed to amend the Complaint and name a proper individual as a party to the action. Plaintiff filed an Amended Complaint on June 4, 2007, but again he failed to name a proper defendant. On June 7, 2007, the Court entered a second order directing Mr. Martin again to amend the Complaint and name the state employee who is responsible for classifying him as a sex offender. On June 18, 2007, Plaintiff filed a Second Amended Complaint. Although Plaintiff again fails to provide the name of the party he has identified as the proper party to the action, the Court will allow Plaintiff one final attempt at amending.

The Court must construe the Second Amended Complaint liberally because Plaintiff is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Martin will be ordered to file a Third Amended Complaint and provide the name of the party he has described as Defendant in the action.

In the Second Amended Complaint, as opposed to naming a specific person, Plaintiff names the Chief of the Classification Committee of Colorado Department of Corrections. Mr. Martin was informed by the Court in the June 7, 2007, Order that he should name the specific person responsible for the enforcement of the legislation he is challenging. Mr. Martin indicates in the Second Amended Complaint that each year a Chief of Classification "signs off on [his] status as a sex offender." (Compl. at 4.) It appears that Plaintiff has received documents that provide the name of the Chief of Classification. Therefore, the Court again will direct Plaintiff to amend the Complaint and provide the name of the person who is Chief of the Classification Committee. Accordingly, it is

ORDERED that Mr. Martin file **within thirty days from the date of this Order** a Third Amended Complaint which is in keeping with the instant Order and provides the name of the Chief of the Classification Committee. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Martin, together with a copy of this Order, two copies of a Court-approved Prisoner Complaint form to be used in submitting the Third Amended Complaint. It is

FURTHER ORDERED that if Mr. Martin fails within the time allowed to file an original and sufficient copies of a Third Amended Complaint that complies with this Order, to the Court's satisfaction, the action will be dismissed without further notice.

DATED June 21, 2007, at Denver, Colorado.

> BY THE COURT:
>
> s/ Boyd N. Boland
> United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-00831-BNB

Darryl Martin
Prisoner No. 61336
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** the above-named individuals on ___6/21/07___

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk